Larry Darnell INGRAM *v.* STATE of Arkansas

CR 97-1114                                    955 S.W.2d 186

Supreme Court of Arkansas
Opinion delivered November 20, 1997

*D. Kirk Joyce*, for appellant.

No response.

PER CURIAM. The appellant, Larry Darnell Ingram, has previously filed a motion for belated appeal. *See Ingram v. State*, 330 Ark. 218, 951 S.W.2d 314 (1997). We denied the motion because Ingram's attorney, D. Kirk Joyce, had not admitted fault for failing to file the record in a timely manner. Mr. Joyce has since submitted an affidavit accepting responsibility for failing to timely file the transcript.

█ We find that such an error, admittedly made by the attorney for a criminal defendant, is good cause to treat the motion as one for rule on the clerk and grant the motion. *See Harkness v. State*, 264 Ark. 561, 572 S.W.2d 835 (1978). A copy of this opinion will be forwarded to the Committee on Professional Conduct.